```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

KATHRYN A. BEARD,              )
                               )
          Plaintiff,           )
                               )
     v.                        )    No.  13 C 5013
                               )
NOVARTIS PHARMACEUTICALS       )
CORPORATION,                   )
                               )
          Defendant.           )

## MEMORANDUM ORDER

After bouncing around the federal court system for nearly 7-1/2 years, this action has been transferred to this judicial district and, under this District Court's random assignment system, has made its way to this Court's calendar. Because the only information originally provided to this Court came by way of an ECF email that stated nothing other than the fact of such assignment, without any physical delivery of the filed documents to this Court's chambers as called for by LR 5.2(f) and this Court's website, it has printed out the case docket to determine what is needed to move forward with the litigation.

Dkt. 10 lists, without description, the filed documents that had accompanied the transfer of the case from the Middle District of Tennessee to the Eastern District of New York. Needless to say, this Court cannot determine from that cryptic numeric designation which of those filed documents are essential to the handling of this action here. Accordingly the parties are ordered (cooperatively, if possible) to deliver to this Court's

chambers on or before August 29, 2013 all of the filed documents that they believe come within that "essential" category.

No docket number had been assigned to a July 1, 2013 "status report order" issued by Magistrate Judge Ramon Reyes, Jr. that called for a joint status report to be filed on or before July 8. And because no such status report is reflected in the post-July-1 docket entries, this Court suspects that Judge Reyes' order was viewed as having been rendered moot by the July 9 order transferring the case to this District.  If that is so but such a joint report was prepared but not filed, the parties are ordered to include that report with the filing ordered in the preceding paragraph of this memorandum order.  If no such joint status report was drafted, the parties are ordered to prepare one and submit it within the same time frame.  This Court contemplates filing that joint status report when received (all the other documents referred to in this memorandum order have presumably been filed before the case was transferred to this District).

Finally, this action is set for an initial status hearing before this Court at 9 a.m. September 4, 2013.  At that time this Court contemplates discussing appropriate scheduling arrangements.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 14, 2013